AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:00 pm, Aug 03, 2020

OWNERS INSURANCE COMPANY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:19-cv-107

ASHTON BRINKLEY; JARED SPELL; VIOLET MARCHMAN; MICHAEL GLENN WATERS; APPLING COUNTY SCHOOL DISTRICT; DR. SCARLETT M. COPELAND; DR. GENE A. STARR; JAMES CAROL WATERS; and WANDA L. WATERS,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated July 31, 2020, granting Plaintiff's Motion for Summary Judgment; Judgment is hereby entered against Defendants Brinkley and Spell. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: August 3, 2020

John Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03